## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

|  |  |
|---|---|
| IN RE:  TRACEY GODFREY,<br><br>Petitioner, | CV 24-00040-M-DLC<br><br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

On April 8, 2024, this Court issued an Order dismissing this case.  (Doc. 3.) Mr. Godfrey filed a Notice of Appeal (Doc. 5) and on May 29, 2024, the Ninth Circuit remanded this matter for the limited purpose of granting or denying a certificate of appealability.  (Doc. 7.)

A certificate of appealability should issue as to those claims on which the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The standard is satisfied if "jurists of reason could disagree with the district court's resolution of [the] constitutional claims" or "conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (*citing Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Review of Mr. Godfrey's filing plainly demonstrates that he is not entitled to relief as a matter of law.  A certificate of appealability is not warranted.

ACCORDINGLY, IT IS HEREBY ORDERED that a certificate of appealability is DENIED.

DATED this 23rd day of August, 2024.

_____
Dana L. Christensen, District Judge
United States District Court